# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN CREDICO, | CIVIL ACTION |
| Plaintiff, | NO. 16-3726 |
| v. | |
| FDC PHILA MLP BOKHARI, FDC PHILA HHS CMDR BAKER, and FDC PHILA CMDR MURPHY, | |
| Defendants. | |

## ORDER

**AND NOW**, this 6th day of July, 2017, upon consideration of Defendants'
Motion to Dismiss Plaintiff's Complaint, or in the Alternative for Summary Judgment
(Docket No. 19), Plaintiff's "Cross-Motion for Summary Judgment" (Docket No. 22),
and all responses, replies and exhibits filed by both parties, it is hereby **ORDERED** as
follows:

1.     Defendants' Motion to Dismiss Plaintiff's Complaint (Docket No. 19)
is **GRANTED**;

2.     Plaintiff's Complaint is **DISMISSED** with prejudice as to Defendants
Baker-Bartlett and Murphy as they are immune from suit in this matter, and without
prejudice as to Defendant Bokhari;

3.     Plaintiff may file an Amended Complaint within thirty (30) days
against Defendant Bokhari ONLY if he can do so in compliance with the Federal Rules
of Civil Procedure; and

4. Plaintiff's "Cross-Motion for Summary Judgment" (Docket No. 22) is

**DENIED**.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**Jeffrey L. Schmehl, J.**